# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-01989-RGK-JC | Date | January 13, 2021 |
|---|---|---|---|
| Title | *Hoang Van Mai v. United States Citizenship and Immigration Service et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On February 28, 2020, Hoang Van Mai ("Plaintiff") initiated this action against the United States Citizenship and Immigration Services ("USCIS"); Kirstjen Nielsen, Mark Koumans, Lora Ries, and Donald Neufeld (collectively, "Defendants"). Plaintiff alleged that Defendants had unreasonably delayed adjudication of her pending immigration petition. The Complaint sought declaratory relief, a *writ of mandamus* requiring Defendants to adjudicate her I-526 petition, an injunction to the same effect, and attorney's fees.

On October 15, 2020, the parties filed a joint stipulation to stay the case for 75 days because a decision on Plaintiff's application was imminent. The Court granted the stipulation. On December 29, 2020, the Court continued the stay until January 11, 2021 to allow USCIS to complete its review and render its decision.

On January 11, 2021, Defendants informed the Court that USCIS had adjudicated Plaintiff's petition and denied it. It now appears Plaintiff has received the relief sought in her Complaint. The Court therefore orders Plaintiff to show cause, in writing, **within 5 days of the issuance of this order**, why this claim should not be dismissed for mootness.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        _____